**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEL W. ADELSON, M.D.,

    Plaintiff,

v.

AMERICAN AIRLINES, INC., a domestic corporation, and BRITISH AIRWAYS, PLC, a foreign corporation,

    Defendants.

No. C 17-00548 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**

Due to the courtroom configuration, it is not feasible to conduct hearings over the telephone. The parties' request to do is **DENIED**. Counsel shall please personally attend the case management conference in Courtroom No. 8 in the San Francisco federal courthouse.

**IT IS SO ORDERED.**

Dated: April 14, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE