Gerald C. Sterns (State Bar No. 29976)
STERNS & WALKER
825 Washington Street, Suite 305
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506
Email: sterns@trial-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL W. ADELSON, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., A DOMESTIC CORPORATON; BRITISH AIRWAYS, PLC, A FOREIGN CORPORATION,<br><br>Defendants. | Case No.: 3:17-cv-00548-WHA<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Hearing Date: May 11, 2017<br>Time: 8:00 a.m.<br>Judge: Hon. William H. Alsup |

Plaintiff and Defendants, by and through their respective attorneys hereby Stipulate as follows:

WHEREFORE:

Plaintiff's opposition to Defendants' Motion for Judgment on the Pleadings is due on or before April 17, 2017.

Plaintiff is requesting an additional 10 days in which to respond, making Plaintiff's opposition due on or before April 27, 2017.

Defendants' Reply will be due on May 4, 2017.

Plaintiff needs more time than just the minimum time under the Local Rules, which runs from the time of filing of the motion to fully and fairly deal with Defendants' Motion and answer it.

Firstly, the issues raised deal with the meaning and application of the terms "embarking" or "disembarking" in the context of an international aviation flight, under the rules of the applicable treaty, the Montreal Convention. The terms are not defined in the Montreal Convention itself, and Plaintiff intends to undertake some extensive research of the cases and literature on that subject. The 14 days, or more, probably less, present a very short time for a motion tendering these issues to answer.

Secondly, counsel for the responding party is a one lawyer office, and is scheduled to be out of the office and fully involved in a four day Annual Meeting of a professional trial lawyer group, long previously scheduled and booked in San Diego the rest of this week. Thus even less time will be available to deal with this motion. Additional time to reply is respectfully requested and has been agreed by the moving party.

IT IS SO STIPULATED:

DATED: April 11, 2017

STERNS & WALKER

BY /s/
Gerald C. Sterns
Attorneys for Plaintiff

DATED: April 11, 2017

CONDON & FORSYTH LLP

BY /s/
Scott D. Cunningham
Attorneys for Defendants

2
Order re: Stipulation for Extension of Time

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED:

That Plaintiff will have an additional ten days in which to file their Opposition to Defendants' Motion for Judgment on the Pleadings. Plaintiff's opposition will now be due on or Before April 27, 2017 and Defendants' Reply will now be due on May 4, 2017.

Dated: April 17, 2017.

_____
The Honorable William H. Alsup
Judge of the U.S. District Court