Gerald C. Sterns (State Bar No. 29976)
STERNS & WALKER
825 Washington Street, Suite 305
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506
Email: sterns@trial-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL W. ADELSON, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., A DOMESTIC CORPORATON; BRITISH AIRWAYS, PLC, A FOREIGN CORPORATION,<br><br>Defendants. | Case No.: 3:17-cv-00548-WHA<br><br>**Stipulation and [Proposed] Order Extending Time to File Motion to Amend Plaintiff's Complaint** |

The Parties Stipulate, that due to Plaintiff Adelson's current absence from the United States, the complications and difficulties encountered in reaching and effectively communicating with Plaintiff Adelson, and subject to Court Approval and Order, that the time specified for Plaintiff Adelson to file any Motion for Leave to Amend Complaint, may be extended two weeks, to Noon on June 15, 2017.

////

////

////

1
Stipulation and [Proposed] Order

DATED: 25 May 2017

STERNS & WALKER

BY /s/ Gerald C. Sterns
Gerald C. Sterns
Attorneys for Plaintiff

DATED: May 26, 2017

CONDON & FORSYTH LLP

BY /s/ Michael Cutler
Michael Cutler
Attorneys for Defendants
BRITISH AIRWAYS PLC &
AMERICAN AIRLINES, INC.

## ~~PROPOSED~~ ORDER

Upon Stipulation of Counsel, and Good Cause Appearing Therefore, IT IS SO ORDERED that Plaintiff shall have up to and including June 15 at Noon to file his Motion to Amend.

Dated: May 26, 2017.

/s/ William Alsup
The Honorable William Alsup
United States District Judge